IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELISSA TEITEL                          :

                                                            :

   v.                                   :   Civil Action No. DKC 10-0535

                                                            :

BARRY J. COHEN, M.D., et al.            :

**ORDER**

Plaintiff was directed to show good cause no later than September 24, 2010, why her complaint should not be dismissed for failure to comply with court order. Plaintiff was cautioned that her failure to comply would result in the dismissal of her action without further notice. To date, no response has been received. Consequently, the case shall be dismissed without prejudice for failure to comply with court order.

Accordingly, IT IS this 30th day of September, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's complaint BE, and the same hereby IS, DISMISSED without prejudice; and,

2. The Clerk of Court shall transmit a copy of this Order to Plaintiff and counsel for Defendant and CLOSE this case.

                                                         /s/
                                       DEBORAH K. CHASANOW
                                       United States District Judge